IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSHUA CALEB EVERT, #49211**                                          **PLAINTIFF**

**v.**                                                   **CIVIL NO. 1:16-cv-374-HSO-JCG**

**LENOIR-ROWELL CRIMINAL**
**JUSTICE CENTER, ET AL.**                                             **DEFENDANTS**

**FINAL JUDGMENT**

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Order of Dismissal entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of March, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE